**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| BEVERLY PALMER and JEROME PALMER,<br><br>        Plaintiffs,<br><br>vs.<br><br>FORSYTH COUNTY, GEORGIA; and KEISHA MARTIN CHAMBLESS, in her individual and official capacities,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 2:24-cv-00142-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Gainesville, Georgia, this 21st day of October, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Shane Gazaway
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    October 21, 2024
Kevin P. Weimer
Clerk of Court

By:   s/Shane Gazaway
      Deputy Clerk